UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. 06-024-PB |
| ) | |
| MICHAEL CASWELL, ) | |
| ) | |
| Respondent. ) | |

ORDER

I herewith approve in substance the Report and Recommendation of Magistrate Judge Muirhead dated June 19, 2006 with the following modification. It is ordered that Michael Caswell obey the underlying summons and appear on September 5, 2006 at 9:00 a.m. at 195 Commerce Way, Suite B, Portsmouth, New Hampshire, before Revenue Officer Stephen Jerome, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons dated June 2, 2005.

SO ORDERED.

Dated: 08/04/06

/S/ Paul J. Barbadoro
Paul J. Barbadoro
U.S. District Court Judge

cc:  Gretchen Leah Witt, AUSA
     Michael Caswell, pro se